UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

Plaintiff,

v.

THIRTY THREE THOUSAND DOLLARS
($33,000.00) IN UNITED STATES CURRENCY,

Defendants.
_____/

02-61701
CIV - GOLD

MAGISTRATE JUDGE
SIMONTON

## VERIFIED COMPLAINT OF FORFEITURE IN REM

The United States files this Verified Complaint of Forfeiture In Rem seeking forfeiture of thirty three thousand dollars ($33,000.00) in United States currency. In support the United States alleges and states that:

1. This is a civil action for forfeiture in rem against thirty three thousand dollars ($33,000.00) in United States currency.

2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §§1345 and 1355(a).

3. This Court has venue over the defendant currency pursuant to Title 28 U.S.C. §1395(a) and (b).

4. The defendant currency is forfeitable pursuant to Title 21 U.S.C. §§881(a)(6). as narcotics proceeds, moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemical in violation 21 U.S.C. §801 et seq., and all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. §801 et seq.



## BACKGROUND AND PROBABLE CAUSE

5. On June 5, 2002, BSO detectives were conducting a parcel interdiction operation at the Federal Express facility located at 2600 NW 19th Street, Pompano Beach, FL. During the operation, Detective Grant's drug-detection canine "Dusty" alerted to a Federal Express parcel bearing tracking #790439592893, consistent with previous alerts where narcotics were located. The parcel was seized pending a search warrant.

6. A search warrant was applied for and obtained from the State of Florida's 17th Circuit Court in Broward County, Florida. The Honorable Judge Susan Lebow granted the warrant for the parcel. The search warrant was executed and the parcel was found to contain thirty three thousand dollars ($33,000.00) in United States currency.

7. The currency was wrapped in plastic and separated by rubber bands into seven (7) stacks, consistent with attempts to secrete or launder narcotics proceeds.

8. The parcel was addressed to Robert Sullo and Angy Sullo, at 2960-A NE 19th Terrace, Lighthouse Point, Florida 33064. The parcel was sent from Mail Boxes Etc., 505 Paradise Road, Swampscott, MA 01907. DEA Agents contacted Mail Boxes Etc. and learned that the parcel shipping order utilized to mail the parcel revealed that C. Sullo sent the parcel on June 4, 2002, and provided a contact number of 781-405-5556.

9. DEA Special Agent Redpath attempted to contact C. Sullo at the aforementioned-contact number. However, the telephone facility activated an answering device with the message, "Chris has a new telephone. If you don't have the number call someone who does."

10. BSO detectives learned that a Federal Express employee had spoken with an unidentified woman who arrived at the Federal Express facility inquiring about the parcel. She was told that law enforcement had taken custody of the parcel. This prompted law enforcement to

attempt to contact the addressees on the package, Robert Sullo and Angy Sullo.

11.   While attempting to contact either Sullo at the listed address of 2960-A NE 19th Terrace, Lighthouse Point, FL, a neighbor, Francis Decotas, exited his house and stated Robert Sullo said that if law enforcement came here, tell them I'm at my attorney's office, Gary Ostrow, Esq., and provided Ostrow's telephone number.

12.   A short time later, Mr. Decotas informed law enforcement that Mr. Sullo was employed as a waiter at Café Martorano, in Fort Lauderdale, Florida

13.   With regards to the second addressee on the seized parcel, Angy Sullo, there were no records located to support the existence of this person. It was also determined that Michelle L. Marcello resides with Robert Sullo, and has a criminal history dealing with cocaine.

**WHEREFORE,** the United States of America request that process in due of law according to the procedures of the Court in cases of actions in rem in accordance with provisions of Rule C (3), Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant properties, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, pursuant to Rule C(6), Supplemental Rules of Certain Admiralty and Maritime Claims, and/or 18 U.S.C. §983(a)(4), and that this Court decree the condemnation and

forfeiture of the defendant properties to the United States and that plaintiff have such other and further relief as may be just and proper.

                              Respectively submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY

BY: _____
          WILLIAM H. BECKERLEG, JR.
          ASSISTANT U.S. ATTORNEY
          500 E. Broward Blvd., Suite 700
          Ft. Lauderdale, Florida 33394
          Tel: (954) 356-7314 ext. 3614
          Fax: (954) 356-7180
          Fla Bar No. A5500074

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I Thomas Redpath, Special Agent for the Drug Enforcement Administration, have read to foregoing Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

_____
THOMAS REDPATH
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

forfeiture of the defendant properties to the United States and that plaintiff have such other and further relief as may be just and proper.

Respectively submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla Bar No. A5500074

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I Thomas Redpath, Special Agent for the Drug Enforcement Administration, have read to foregoing Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

_____
THOMAS REDPATH
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

4

# CIVIL COVER SHEET  02-61701

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**  CIV - GOLD
THIRTY THREE THOUSAND DOLLARS ($33,000.00) IN UNITED STATES CURRENCY

MAGISTRATE JUDGE
SIMONTON

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
WILLIAM H. BECKERLEG, JR.
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
(954) 356-7314

ATTORNEYS (IF KNOWN)

Broward 02cv61701 Gold/Simonton

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   **BROWARD**,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | B☐ 690 Other | **A LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | | ☐ 720 Labor/Mgmt. Relations | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **B SOCIAL SECURITY** | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | ☐ 862 Black Lung (923) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions A OR B |
| | | B☐ 555 Prison Condition | | **FEDERAL TAX SUITS** | |
| | | | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | | A☐ 871 IRS - Third Party 26 USC 7609 | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
TITLE 21, U.S.C. §881(A)(6) PROCEEDS

LENGTH OF TRIAL
via __3__ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   CHECK YES only if demanded in complaint:   JURY DEMAND:  ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 12-4-2 | WILLIAM H. BECKERLEG, JR. |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.